IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VICTOR VARGAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. 3:17-cv-00261-N |
| § | |
| UNUM LIFE INSURANCE COMPANY § | |
| OF AMERICA, § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victor Vargas ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release between the Parties, Plaintiff and Defendant stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be borne by the party incurring them.

**STIPULATION OF DISMISSAL WITH PREJUDICE** - Page 1

**AGREED AND APPROVED:**

By: /s/ Bernard A. Guerrini
    Bernard A. Guerrini
    State Bar No. 08581700
    guerrinipc@erisaltd.com

Bernard A. Guerrini, P.C.
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
(214) 692-6556
(214) 692-6578 (Facsimile)

ATTORNEY FOR PLAINTIFF

By: /s/ Dennis Lynch
    Dennis M. Lynch
    State Bar No. 90001506
    dennis.lynch@figdav.com
    Roshanak Khosravighasemabadi
    State Bar No. 24048587
    rosh.khosravi@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's ECF system to Mr. Bernard A. Guerrini, Bernard A. Guerrini, P.C., 6500 Greenville Avenue, Suite 320, Dallas, Texas 75206, on this the 10th day of March, 2017.

/s/ Dennis M. Lynch
Dennis M. Lynch
